# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Miscellaneous No. 13-88 (RHK/JJG) |
| Plaintiff, | **ORDER ON REPORT AND RECOMMENDATION** |
| v. | |
| Douglas C. Skaug, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 7) is **ADOPTED**; and

2. The United States of America's Petition to Enforce IRS Summons (Doc. No. 1) is **GRANTED IN PART** and **DENIED AS MOOT IN PART**. As to years 2010 and 2011, Skaug shall have until **Friday, February 14, 2014**, to comply with the summons. As to years 2005, 2006, 2007, 2008, 2009, and 2012, Skaug need not take further action as the United States has indicated that Skaug already complied with the summons requests for those time periods.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2014

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge